04-CV-02177-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC WESTMAN, | ) |
| Petitioner, | ) No. C04-2177-TSZ |
| v. | ) |
| JOSEPH LEHMAN, et. al., | ) ORDER DENYING<br>) HABEAS CORPUS<br>) PETITION |
| Respondents. | ) |

The Court, having reviewed the Petition for Writ of Habeas Corpus, Respondent's Answer, Petitioner's Reply, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's Petition for Writ of Habeas Corpus (Dkt. #1) is DENIED; and this matter is DISMISSED with prejudice. Petitioner's Motion for Summary Judgment (Dkt. # 12) is STRICKEN as moot.

(3) The Clerk is directed to send copies of this Order to counsel for each party and to the Honorable Monica J. Benton.

DATED this 29th day of August, 2005.

THOMAS S. ZILLY
United States District Court Judge

ORDER
PAGE - 1