1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| ERIC WESTMAN, | |
|---|---|
| Petitioner, | No. C04-2177Z |
| v. | |
| JOSEPH LEHMAN, et al., | CERTIFICATE OF APPEALABILITY |
| Respondents. | |

All materials filed in support of or opposition to Petitioner's request for a certificate of appealability having been fully considered, the Court now rules as follows:

Because Petitioner has made a substantial showing of the denial of his constitutional rights, see 28 U.S.C. § 2253(c)(2), the request for a certificate of appealability, docket no. 28, is GRANTED IN PART as to the issue of the erroneous accomplice liability jury instruction. See docket no. 28, ¶ 3. The certificate of appealability is DENIED as to the remaining claims.

DATED this 27th day of October, 2005.

Thomas S. Zilly
United States District Judge

CERTIFICATE OF APPEALABILITY  1–